**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| VICTORY GARDENS, INC. | : | No. 51 MAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| WARRINGTON TOWNSHIP ZONING | : | |
| HEARING BOARD AND WARRINGTON | : | |
| TOWNSHIP | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: WARRINGTON | : | |
| TOWNSHIP | | |
| | | |
| VICTORY GARDENS, INC. | : | No. 69 MAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| WARRINGTON TOWNSHIP ZONING | : | |
| HEARING BOARD AND WARRINGTON | : | |
| TOWNSHIP | : | |
| | : | |
| | : | |
| CROSS PETITION OF: FRANKLIN | : | |
| SHERMAN ACE, CONSTANCE SUSAN | : | |
| LARKEY ACE, TOMASO PAONE, TERESA | : | |
| M. PAONE, ANTONIO VERRILLO, ROSA | : | |
| VERRILLO, JOHN J. MCCONNELL, JR. & | : | |
| KATHLEEN R. MCCONNELL | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is

**DENIED**.